December 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ISSAC SAVVAS MOLHO, Appellant

NO. 14-11-00861-CV                         V.

WEICHERT, REALTORS REICHARDT & ASSOCIATES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Weichert, Realtors Reichardt & Associates, signed September 1, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Issac Savvas Molho to pay all costs incurred in this appeal.

We further order this decision certified below for observance.